IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GLENDON GILBERT,                              *

        Plaintiff,                           *

v.                                                Case No.4:25-cv-230-CDL

                                  *

CSX TRANSPORTATION INC,                       *

        Defendant.                           *

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated May 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 5th day of May, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk